■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO TORRES, Appellant. [892 NYS2d 779]

The defendant pleaded guilty with the full understanding that he would receive the sentences actually imposed and, therefore, he has no basis now to complain that his sentences were excessive (*see People v Kazepis*, 101 AD2d 816, 817 [1984]; *People v Ubiles*, 59 AD3d 572 [2009]; *People v Grigg*, 53 AD3d 629, 630 [2008]). In any event, under the circumstances, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Covello, Angiolillo, Leventhal and Roman, JJ., concur.